UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **EDCV 25-2637 JGB (DTBx)** | Date | March 10, 2026 |
|---|---|---|---|
| Title | *Jesse Ocegueda v. Carmax Business Services LLC* | | |

Present: The Honorable    JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** **Order to Show Cause re Dismissal for Lack of Prosecution and for Filing of New In Forma Pauperis Application (IN CHAMBERS)**

On October 6, 2025, Jesse Ocegueda filed a complaint against Carmax Business Services LLC. (See Compl.) On November 10, 2025, the Court denied Plaintiff's request to proceed in forma pauperis, and ordered Plaintiff to file an amended complaint within 30 days. (Dkt. No. 10.) On November 22, 2025, Plaintiff timely filed a First Amended Complaint, but did not file a new request to proceed in forma pauperis nor pay the filing fee. ("FAC," Dkt. No. 11.) Absent a showing of good cause, an action must be dismissed without prejudice if the summons and complaint are not served on a defendant within 90 days after the complaint is filed. Fed. R. Civ. Proc. 4(m). Generally, defendants must answer the complaint within 21 days after service (60 days if the defendant is the United States). Fed R. Civ. Proc. 12(a)(1).

Here, it appears that one or more of these time periods has not been met as no proof of service has been filed. Accordingly, the Court, on its own motion, orders Plaintiff to show cause in writing on or before **March 23, 2026**, why this action should not be dismissed for lack of prosecution. Additionally, if Plaintiff wishes to continue in forma pauperis, Plaintiff must submit a new application on or before that same date. Pursuant to Rule 78 of the Federal Rules of Civil Procedure, the Court finds that this matter is appropriate for submission without oral argument. The Order to Show Cause will stand submitted upon the filing of proofs of service on or before the date upon which a response by Plaintiff is due. Failure to adequately respond to this order may result in the dismissal of this case.

**IT IS SO ORDERED.**